IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01856-MJW

ALAN SHACKELFORD M.D.,

Plaintiff,

v.

UNITED STATES BEEF CORPORATION,

Defendant.

---

MINUTE ORDER
---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulation [Motion] to Confidentiality and Protective Order (docket no. 31) is GRANTED finding good cause shown. The written Protective Order (docket no. 31-1) is APPROVED as amended in paragraphs 11 and 12 and made an Order of Court.

Date: February 27, 2015