IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01856-REB-MJW

ALAN SHACKELFORD M.D.,

Plaintiff,

v.

UNITED STATES BEEF CORPORATION,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the Notice of Settlement filed by the parties (Docket No. 57), it is hereby ORDERED that the Motion to Compel Production of Documents and Extend Discovery Cutoff (Docket No. 53) is DENIED AS MOOT.

Date: October 15, 2015