**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01856-REB-MJW

ALAN SHACKELFORD, M.D., an individual,

      Plaintiff,

v.

UNITED STATES BEEF CORPORATION, a Colorado corporation,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Stipulated Motion To Dismiss with Prejudice** [#60][1] filed October 21, 2015.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion To Dismiss with Prejudice** is granted; and

      2.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

      Dated October 21, 2015, at Denver, Colorado.

                      **BY THE COURT:**

                      Robert E. Blackburn
                      United States District Judge

---

      [1]  "[#60]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.